William Gwire, Esq. (059451)
Thomas H. Kawaii, Esq. (154236)
Deirdre A. Kelly, Esq. (242376)
GWIRE LAW OFFICES
235 Pine Street, Suite 1100
San Francisco, CA  94104

Telephone:  (415) 296-8880
Facsimile:   (415) 296-8029

Attorneys Specially Appearing for potential
Defendant /Cross-Complainant MAURICIO
RODRÍGEZ BORREGO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DAVID REPLOGLE,<br><br>                                                    Plaintiff,<br>vs.<br><br>MAURICIO RODGRIGUEZ BORREGO,<br><br>                                                    Defendant. | Case No. C 07 4170 CRB<br><br>**STIPULATION TO EXTEND TIME TO ANSWER**<br><br>[N.D.Cal. Local Rules 6-1(a), |

The undersigned counsel of record of the respective parties in the above-entitled action hereby stipulate that Defendant:

    1.    Mauricio Rodrígez Borrego shall have a 30 day extension within which to Answer or otherwise respond to the Complaint, said extension to and including October 10, 2007.

GWIRE LAW OFFICES
235 Pine Street, Suite 1100
San Francisco CA  94104
Telephone (415) 296-8880
Facsimile (415) 296-8029

-1-
STIPULATION TO EXTEND TIME , Replogle v. Rodriguez Borrego., Case No. C  07  4170 CRB

```
```
DATED: September 10, 2007

GWIRE LAW OFFICES

By: _____
Deirdre A. Kelly
Potential Defendant/Cross-Complainant
MAURICIO RODRÍGEZ-BORREGO

DATED: September 12, 2007

Law Offices of David Replogle

By: _____
David Replogle
Attorneys for David Replogle

September 12, 2007

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GWIRE LAW OFFICES
235 Pine Street, Suite 1100
San Francisco, CA 94104
Telephone (415) 296-8880
Facsimile (415) 296-8029