1  William Gwire, Esq. (059451)
   Thomas H. Kawaii, Esq. (154236)
2  Deirdre A. Kelly, Esq. (242376)
3  GWIRE LAW OFFICES
   235 Pine Street, Suite 1100
4  San Francisco, CA 94104

5  Telephone: (415) 296-8880
   Facsimile: (415) 296-8029

6  Attorneys Specially Appearing for potential
   Defendant /Cross-Complainant MAURICIO
7  RODRÍGEZ BORREGO

8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Division

| | |
|---|---|
| DAVID REPLOGLE, | Case No. C 07 4170 CRB |
| Plaintiff, | STIPULATION TO EXTEND TIME TO ANSWER |
| vs. | |
| MAURICIO RODGRIGUEZ BORREGO, | [N.D.Cal. Local Rules 6-1(a), |
| Defendant. | |

The undersigned counsel of record of the respective parties in the above-entitled action hereby stipulate that Defendant:

1. Mauricio Rodrígez Borrego shall have a 30 day extension within which to Answer or otherwise respond to the Complaint. The 30th day falls on a Saturday, and therefore said extension is to and including November 12, 2007.

-1-
STIPULATION TO EXTEND TIME, Replogle v. Rodriguez Borrego., Case No. C 07 4170 CRB

DATED: October 9, 2007

GWIRE LAW OFFICES

By: /s/ Deirdre A. Kelly
Deirdre A. Kelly
Attorneys for
Potential Defendant/Cross-Complainant
MAURICIO RODRÍGEZ BORREGO

DATED: October 9, 2007

Law Offices of David Replogle

By: /s/ David Replogle
David Replogle
Attorneys for David Replogle

October 10, 2007

**IT IS SO ORDERED**

/s/ Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GWIRE LAW OFFICES
235 Pine Street, Suite 1100
San Francisco, CA 94104
Telephone (415) 296-0000
Facsimile (415) 296-0029

-2-

STIPULATION TO EXTEND TIME, Replogle v. Rodriguez Borrego, Case No. C 07 4170 CRB