William Gwire, Esq. (059451)
Thomas H. Kawaii, Esq. (154236)
Deirdre A. Kelly, Esq. (242376)
GWIRE LAW OFFICES
235 Pine Street, Suite 1100
San Francisco, CA 94104

Telephone: (415) 296-8880
Facsimile:  (415) 296-8029

Attorneys Specially Appearing for potential Defendant /Cross-Complainant MAURICIO RODRIGUEZ BORREGO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DAVID REPLOGLE,<br><br>          Plaintiff,<br>vs.<br><br>MAURICIO RODGRIGUEZ BORREGO,<br><br>          Defendant. | Case No. C 07 4170 CRB<br><br>[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES |

The parties have requested and stipulated, good cause appearing, to a continuance of the Initial Case Management Conference and ADR Deadlines.

IT IS HEREBY ORDERED that the Initial Case Management Conference and ADR Deadlines are continued as follows:

1) The 10/21/2007, last day to a) meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan, and b) file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference, be continued to January 9, 2008.

GWIRE LAW OFFICES
235 Pine Street Suite 1100
San Francisco, CA 94104
Telephone (415) 296-8880
Facsimile (415) 296-8029

2) The 11/14/2007, last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per standing Order re Contents of Joint Case Management Statement, be continued to January 23, 2008.

i) The 11/30/2007, Initial Case Management Conference in Ctrm. F, 15th Floor, SF at 8:30 a.m. ~~10:30 a.m.~~, be continued to February 8, 2008 ~~2007~~.

IT IS SO ORDERED.

DATED: October 26, 2007



Judge Charles R. Breyer

-2-
PROPOSED ORDER CONTINUING INITIAL CMC & ADR DEADLINES, Replogle v. Rodriguez Borrego., Case No. C 07 4170 CRB

GWIRE LAW OFFICES
235 Pine Street Suite 1100
San Francisco, CA 94104
Telephone (415) 296-8880
Facsimile (415) 296-8829