William Gwire, Esq. (059451)
Thomas H. Kawaii, Esq. (154236)
Deirdre A. Kelly, Esq. (242376)
GWIRE LAW OFFICES
235 Pine Street, Suite 1100
San Francisco, CA 94104

Telephone: (415) 296-8880
Facsimile: (415) 296-8029

Attorneys Specially Appearing for potential Defendant /Cross-Complainant MAURICIO RODRIGUEZ BORREGO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
## San Francisco Division

| | |
|---|---|
| DAVID REPLOGLE,<br><br>                    Plaintiff,<br>vs.<br><br>MAURICIO RODGRIGUEZ BORREGO,<br><br>                    Defendant. | Case No. C 07 4170 CRB<br><br>**STIPULATION TO EXTEND TIME TO ANSWER**<br><br>[N.D.Cal. Local Rules 6-1(a), |

The undersigned counsel of record of the respective parties in the above-entitled action hereby stipulate that Defendant:

1. Mauricio Rodriguez Borrego shall have a 30 day extension within which to Answer or otherwise respond to the Complaint. The 30th day of said extension is to and including December 12, 2007.

-1-

STIPULATION TO EXTEND TIME, Replogle v. Rodriguez Borrego., Case No. C 07 4170 CRB

GWIRE LAW OFFICES
235 Pine Street, Suite 1100
San Francisco, CA 94104
Telephone (415) 296-8880
Facsimile (415) 296-8029

DATED: November 9, 2007              GWIRE LAW OFFICES

By: _____
Deirdre A. Kelly
Attorneys for
Potential Defendant/Cross-Complainant
MAURICIO RODRIGUEZ BORREGO

DATED: November 9, 2007              Law Offices of David Replogle

By: _____
David Replogle
Attorneys for David Replogle

November 16, 2007

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GWIRE LAW OFFICES
235 Pine Street Suite 1100
San Francisco, CA 94104
Telephone (415) 296-8880
Facsimile (415) 296-8029

-2-

STIPULATION TO EXTEND TIME, Replogle v. Rodriguez Borrego., Case No C 07 4170 CRB