1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DAVID REPLOGLE,                              No. C 07-04170 CRB

12            Plaintiff,                          **ORDER TO SHOW CAUSE RE:**
                                                  **SUBJECT MATTER JURISDICTION**
13        v.

14   MAURICIO RODRIGUEZ BORREGO;
     JOHN E. HILL; and the LAW OFFICES OF
15   JOHN E. HILL, APC,

16            Defendants.
                                            /
17

18        This lawsuit involves a dispute among attorneys representing plaintiffs in another

19   action before this Court, Roe v. White, 03-4035 CRB, in which final judgment has been

20   entered.  The amended complaint in this action makes a single state law claim for

21   interference with contract and seeks a temporary restraining order and preliminary

22   injunction, although plaintiff has not moved for such relief.  Now pending before the Court is

23   the motion of the Hill defendants to dismiss for failure to state a claim.

24        A district court is obliged to sua sponte raise questions of its subject matter

25   jurisdiction.  Williams v. United Airlines, Inc., 500 F.3d 1019, 1021 (9th Cir. 2007).  The

26   consent of the parties to the court's jurisdiction is irrelevant.  Id.  Plaintiff's complaint raises

27   an issue as to federal jurisdiction of this action.

28

**United States District Court**
For the Northern District of California

1   The state law complaint makes a claim against Mauricio Rodriguez Borrego, an alien,

2   and John E. Hill, a California citizen as is plaintiff; as a consequence, there is no diversity

3   jurisdiction.  The complaint nonetheless alleges jurisdiction as follows:

4       This court has ancillary jurisdiction over this proceeding pursuant to 28 U.S.C.
        § 1367 in that this proceeding is factually related to the case of *Jose Roe I, et*
5       *al. v. Thomas F. Whit*e, *et al.,* Case Number 03-4035-CRB pending before this
        court.

6   First Amended Complaint ¶ 1.  This allegation does not establish subject matter jurisdiction.

7   The statute upon which plaintiff relies, 28 U.S.C. section 1367, provides for

8   "supplemental jurisdiction" not ancillary jurisdiction.  Under the statute, a district court has

9   supplemental jurisdiction "over all other claims that are so related to claims *in the action*

10  within such original jurisdiction that they form part of the same case or controversy under

11  Article III of the United States Constitution."  28 U.S.C. § 1367(a) (emphasis added).  This

12  statute clearly contemplates that the supplemental claims are set forth in the action in which

13  the federal claims (the claims within the court's original jurisdiction) are made.  Here, of

14  course, plaintiff has filed a separate action.  More fundamentally, however, plaintiff has not

15  established, and the Court's review of the Amended Complaint suggests that plaintiff cannot

16  establish, that his interference with contract claim against Hill is so related to the federal

17  sexual tourism claims in Roe v. White, 03-4035 CRB that they "form part of the same case or

18  controversy under Article III."  See Federal Sav. and Loan Ins. Corp. v. Ferrante, 364 F.3d

19  1037, 1039 (9th Cir. 2004).

20  As plaintiff has the burden of proving this Court's jurisdiction of his complaint,

21  Thompson v. McCombe, 99 F.3d 352, 353 (9th Cir. 1996), plaintiff is ordered to demonstrate

22  that this Court has subject matter jurisdiction.  Plaintiff shall file his written submission, with

23  citation to appropriate legal authorities, on or before December 14, 2007.  Defendants'

24  response, if any, shall be filed on or before December 21, 2007.  The Court will take the

25  matter under submission at that time.  In the meantime, the hearing on the Hill defendants'

26  //

27  //

28

1    motion to dismiss is vacated.

2         **IT IS SO ORDERED.**

3
     Dated: Nov. 28, 2007

4                                                    CHARLES  R. BREYER
                                                     UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California